# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **BILLY JOHNSON** | ) Case No: 2:95CR00089-01 |
| | ) USM No: 08123-097 |
| Date of Previous Judgment: March 12, 1996 | ) David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❐ DENIED.   ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __228__ months **is reduced to** __200 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 28 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 140 to 175 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✔ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
✔ Other (explain): The sentence consists of a term of 140 months on Count 1, a term of 120 months on Count 3, to run concurrently with Count 1, and 60 months on Count 2, to run consecutively to Counts 1 and 3, for a total term of 200 months.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __03/12/1996__ shall remain in effect.
**IT IS SO ORDERED**.

*[signature: Lawrence K Karlton]*

Order Date: 05/08/2008

Judge's signature

Effective Date: _____
(if different from order date)

Lawrence K. Karlton, United States District Judge
Printed name and title